## VERONICA KEEGAN
*vs.*
## LOUIS J. RENKAVINSKY ET AL.

Superior Court          Fairfield County          File No. 66910

MEMORANDUM FILED NOVEMBER 7, 1944.

*Louis Stein*, of Bridgeport, for the Plaintiff.

*Lavery and Lavery*, of Bridgeport, for the Defendant.

MURPHY, J. The plaintiff has failed to prove that the stairway upon which she fell was not reasonably safe for use by those who had occasion to use it.

The evidence clearly indicated that her fall was caused by the manner in which she placed her foot upon the tread. Wearing high heels, she stepped too far forward with the ball of her foot over the edge of the tread. The heel was, not strong enough to stand the strain; it broke off and she was thrown forward.

Judgment for the defendant.